Skip to Main Content Logout My Account Search Menu Search Refine Search  Back        Location : All Courts    Images

## REGISTER OF ACTIONS
### CASE NO. D-202-CV-2021-04256

| | | |
|---|---|---|
| Daniel Michaels v. AAT Trucking LLC, et al. | § <br> § <br> § <br> § <br> § <br> § | Case Type: **Tort Auto** <br> Date Filed: **07/14/2021** <br> Location: <br> Judicial Officer: **Barela-Shepherd, Denise** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | **Attorneys** |
| Defendant | **AAT Trucking LLC** | |
| Defendant | **Duran, Juan** <br> 721 Desert Sliver <br> El Paso, TX 79928 | **Pro Se** |
| | **Exhibit A** | |
| Plaintiff | **Michaels, Daniel** | **Erika Anderson** <br> *Retained* <br> 505-944-9039(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 07/14/2021 | **Cause Of Actions** <br> Action Type | Tort: Personal Injury Auto <br> Action | |
| 07/14/2021 | **Cause Of Actions** <br> Action Type | Other Damages <br> Action | |
| 07/14/2021 | **OPN: COMPLAINT** | | |
| 07/14/2021 | **ARB: CERT NOT SUBJECT** | | |
| 07/14/2021 | **Summons** | | |
| | AAT Trucking LLC | Unserved | |
| | Duran, Juan | Served | 07/19/2021 |
| | | Response Due | 08/18/2021 |
| | | Returned | 07/20/2021 |
| 07/20/2021 | **SUMMONS RETURN** | | |
| 07/20/2021 | **DISCOVERY** | | |
| 07/21/2021 | **AMENDED COMPLAINT** | | |
| | *First Amended Complaint for Personal Injury and Damages* | | |
| 07/22/2021 | **Summons** | | |
| | AAT Trucking LLC | Unserved | |
| | Duran, Juan | Served | 07/22/2021 |
| | | Response Due | 08/23/2021 |
| | | Returned | 07/23/2021 |
| 07/23/2021 | **SUMMONS RETURN** | | |
| 08/02/2021 | **PRO SE RESPONSE/REPLY** | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Michaels, Daniel | | | |
| | Total Financial Assessment | | | 132.00 |
| | Total Payments and Credits | | | 132.00 |
| | **Balance Due as of 08/16/2021** | | | **0.00** |
| 07/14/2021 | Transaction Assessment | | | 132.00 |
| 07/14/2021 | File & Serve Payment | Receipt # ALBD-2021-15027 | Michaels, Daniel | (132.00) |

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**7/14/2021 2:52 PM**
**CLERK OF THE COURT**
**Luke Tessman**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

DANIEL MICHAELS,

                    Plaintiff,

v.                                             No. D-202-CV-2021-04256

AAT TRUCKING, LLC, and JUAN DURAN,

                    Defendants.

## COMPLAINT FOR PERSONAL INJURY AND DAMAGES

COMES NOW Plaintiff, Daniel Michaels, by and through his counsel of record, Law Offices of Erika E. Anderson (Erika E. Anderson and Will Lusk-Claiborne) and for his Complaint states as follows:

### JURISDICTION AND VENUE

1.        This is a civil cause of action regarding a motor vehicle collision that occurred in Albuquerque, Bernalillo County, State of New Mexico.

2.        This Court is the proper venue for this matter to be heard.

3.        This Court has personal jurisdiction over all parties involved.

4.        This Court has subject matter jurisdiction regarding the motor vehicle collision that forms the basis of Plaintiff's Complaint.

### PARTIES

5.        Daniel Michaels ("Plaintiff" or "Mr. Michaels") is and was a resident of the State of New Mexico at all times relevant to this Complaint.

6.        Upon information and belief, Defendant Juan Duran ("Defendant Duran") is and was a resident of the State of Texas at all times relevant to this Complaint.

7.        Upon information and belief, Defendant AAT Trucking, LLC ("AAT Trucking")

is a privately-owned entity based out of El Paso, Texas authorized to conduct business as an interstate motor carrier.

## STATEMENT OF FACTS

8.      On June 27, 2017, at approximately 10:50 a.m., Mr. Michaels was stopped at a stoplight on Central Avenue, at the intersection of 50th St NW.

9.      Mr. Michaels was operating in his official capacity as a UPS Personal Vehicle Delivery Driver.

10.     Mr. Michaels was in the last car stopped in the line of traffic.

11.     Suddenly, Mr. Michaels heard a skidding noise and saw a semi-trailer truck approaching the back of his car at a high speed.

12.     The semi-trailer truck in question was operated by Defendant Duran.

13.     The semi-trailer truck smashed into the rear of Mr. Michaels' vehicle with such intensity that Mr. Michaels' vehicle violently lurched forward.

14.     Defendant Duran audibly admitted total liability of the accident, which Mr. Michaels recorded.

15.     The Incident Report produced by Albuquerque Police Department stipulates that the incident was a direct and proximate result of Defendant Duran's inattentiveness.

16.     As a direct and proximate result of Defendant Duran's negligence, Mr. Michaels suffered a concussion, lower back pain stemming from vertebrae being shifted out of alignment, post concussive symptoms, as well as debilitating pain in his neck and shoulders.

17.     As a direct and proximate result of Defendant Duran's negligence, Mr. Michaels has been compelled to seek ongoing medical treatment for his back, neck, and right shoulder.

18.     Mr. Michaels has since been diagnosed with Adhesive Capsulitis, Rotator Cuff Thickening, mild Spondylosis of the C5-C6 Vertebrae, and mild left Foraminal Stenosis.

## COUNT I: NEGLIGENCE AND NEGLIGENCE PER SE
### (*Defendant Duran*)

19.     Plaintiff incorporates by reference each and every allegation set forth hereinabove and contained in all preceding paragraphs of this Complaint as though they are fully set forth herein and they are, each and every one, adopted by reference as though they were in fact fully set forth herein.

20.     Defendant Duran's acts and omissions were in violation of certain duties required by the common law and the statutes of the State of New Mexico.

21.     Defendant Duran was negligent in the operation of his semi-trailer motor vehicle, which included, but was not limited to, driver inattention, excessive speed, following too closely and inadequate braking.

22.     As a direct and proximate result of the negligence of Defendant Duran, Plaintiff suffered damages, including, but not limited to, personal injuries, incurred medical expenses and loss of earnings, future earning capacity, loss of past and future household services, loss of enjoyment of life, including social and recreational activities, pain and suffering, and damages for the nature, extent and duration of his injuries.

## COUNT II: LIABILITY BASED UPON RESPONDEAT SUPERIOR
### (*AAT Trucking*)

23.     Plaintiff incorporates by reference each and every allegation set forth hereinabove and contained in all preceding paragraphs of this Complaint as though they are fully set forth herein and they are, each and every one, adopted by reference as though they were in fact fully set forth herein.

24.     At all times material hereto, Defendant Duran was acting within the course and scope of their employment or was acting as an apparent agent of AAT Trucking.

25.     AAT Trucking is and was responsible for the hiring, training, and entrustment of semi-trailer vehicles to Defendant Duran.

26.     AAT Trucking is and was responsible for any harm caused by its employees or agents arising within the course and scope of their employment or agency including, but not limited to, the acts, omissions, and negligence of Juan Duran.

27.     At all times material hereto, the aforementioned acts, omissions, and negligence were committed by Defendant Duran in the course and scope of his employment with AAT Trucking, thereby making AAT Trucking vicariously liable pursuant to *respondeat superior*.

**COUNT III: PUNITIVE DAMAGES**
***(Defendant Duran)***

28.     Plaintiff incorporates by reference each and every allegation set forth hereinabove and contained in all preceding paragraphs of this Complaint as though fully set forth herein.

29.     The acts and omissions of Defendant Juan Duran complained of in this Complaint are believed to be of such an egregious nature, in reckless, wanton and total disregard to the rights and safety of Plaintiff, that in addition to actual damages ascertained and demonstrated by a preponderance of evidence, punitive damages are warranted to punish and deter these types of acts and omissions from occurring in the future.

**RELIEF REQUESTED**

Wherefore, Plaintiff respectfully requests judgment in favor of the Plaintiff and against Defendant and for such other and further relief as requested below:

A.     Actual and compensatory damages in an amount to be proven at trial, including damages for physical and personal injuries, pain and suffering, secured and future

medical expenses, loss of earnings, loss of future earning capacity, loss of past and

future household services, and loss of enjoyment of life;

B.    Pre- and post-judgment interest at the lawful rate against Defendant;

C.    Attorney fees and costs; and

D.    Any further relief as the Court may find just and proper and such other relief as

allowed by law.

Respectfully submitted,

LAW OFFICES OF ERIKA E. ANDERSON

By: /s/Erika E. Anderson
      Erika E. Anderson
      Will Lusk-Claiborne
      105 Bryn Mawr, Dr., SE
      Albuquerque, NM 87106
      505-944-9039 / 505-554-1202 fax
      erika@eandersonlaw.com
      will@eandersonlaw.com

*Attorneys for Plaintiff*

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**7/14/2021 2:52 PM**
**CLERK OF THE COURT**
**Luke Tessman**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

DANIEL MICHAELS,

                        Plaintiff,

v.                                            No.  D-202-CV-2021-04256

AAT TRUCKING, LLC, and JUAN DURAN,

                        Defendants.

## COURT-ANNEXED ARBITRATION CERTIFICATION

Plaintiff, by and through his attorneys of record, the Law Office of Erika E. Anderson (Erika E. Anderson and Will Lusk-Claiborne), and pursuant to Second Judicial District Local Rule, LR2-603, certify that Plaintiff seeks relief other than money judgment and/or seeks relief in excess of Twenty-Five Thousand Dollars ($25,000), exclusive of punitive damages, interest, costs and attorneys' fees.

Respectfully submitted,

LAW OFFICES OF ERIKA E. ANDERSON

By: */s/Erika E. Anderson*
          Erika E. Anderson
          Will Lusk-Claiborne
          105 Bryn Mawr, Dr., SE
          Albuquerque, NM 87106
          505-944-9039 / 505-554-1202 fax
          erika@eandersonlaw.com
          will@eandersonlaw.com

          *Attorneys for Plaintiff*

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
7/20/2021 11:24 AM
CLERK OF THE COURT
Patsy Baca

| SUMMONS | |
|---|---|
| District Court: Second Judicial District Court Bernalillo County, New Mexico<br>Court Address: 400 Lomas Blvd., NW<br>Albuquerque, NM 87102<br><br>Court Telephone Number.: 505-841-7451 | Case Number: D-202-CV-2021-04256<br><br><br><br>Judge: Barela-Shepherd, Denise |
| DANIEL MICHAELS,<br>Plaintiffs,<br><br>v.<br><br>AAT TRUCKING, LLC and JUAN DURAN,<br>Defendants. | Defendant Name: Juan Duran<br><br>Address:    721 Desert Silver<br>El Paso, TX 79928 |

**TO THE ABOVE-NAMED DEFENDANT(S):** Take notice that

1.       A lawsuit has been filed against you. A copy of the lawsuit along with Plaintiff's First Set of Interrogatories and First Request for Production are attached. The Court issued this Summons.

2.       You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days for the Answer and Answers and Responses to discovery, forty-five (45) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.       You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.       If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.       You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.       If you need an interpreter, you must ask for one in writing.

7.       You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at_____, New Mexico, this_____day of _7/14/2021_, 20____.



Katina Watson
SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By: _____
Deputy Clerk

Erika E. Anderson
Will Lusk-Claiborne
LAW OFFICES OF ERIKA E. ANDERSON
105 Bryn Mawr Dr., SE
Albuquerque, NM 87106
505-944-9039 / 505-554-1202 fax
erika@candersonlaw.com
will@eandersonlaw.com
*Attorneys for Plaintiff*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF ~~NEW MEXICO~~ Texas        )
                                     )ss
COUNTY OF El Paso                    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ___El Paso___ county on the ___19th___day of ___July___, 2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

(*check one box and fill in appropriate blanks*)

[ ]    to the defendant_____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[X]    to ___Yadira Duran___, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ~~Pat~~ Juan Duran , (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at
121 Desert Silverpr, Horizon City TX 79928 (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to_____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____(*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at_____(*insert defendant's last known mailing address*).

[ ]    to_____, an agent authorized to receive service of process for defendant_____.

[ ]    to_____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____(*used when defendant is a minor or an incompetent person*).

[ ]    to_____(name of person),_____,
(title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of person making service

_____  PSC 10608
Title (if any)                             EXP 10-31-21
                                           Process Server

Subscribed and sworn to before me this _20_ day of _July_, _2021_.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

```
╔══════════════════════════════════════╗
║  ★        FREDERICK VECK              ║
║        My Notary ID # 5552591         ║
║        Expires November 5, 2021       ║
╚══════════════════════════════════════╝
```

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**7/20/2021 11:24 AM**
**CLERK OF THE COURT**
**Patsy Baca**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

DANIEL MICHAELS,

     Plaintiff,

v.                             N0. D-202-CV-2021-04256

AAT TRUCKING, LLC and JUAN DURAN,

     Defendants.

## CERTIFICATE OF SERVICE

     COMES NOW Plaintiff by and through his attorneys of record the Law Offices of Erika E. Anderson (Erika E. Anderson and Will Lusk-Claiborne), and hereby certifies that *Plaintiff's First Set of Interrogatories to Defendant Juan Duran, Plaintiff's First Request for Production to Defendant Juan Duran* and *Plaintiff's First Request for Admissions to Defendant Juan Duran* along with the Summons and Complaint, were served to Defendant Juan Duran via personal service by a process server from Rasberry & Associates on July 19, 2021.

                        Respectfully submitted,

                        LAW OFFICES OF ERIKA E. ANDERSON

                        By: */s/Erika E. Anderson*
                              Erika E. Anderson
                              Will Lusk-Claiborne
                              105 Bryn Mawr, Dr., SE
                              Albuquerque, NM 87106
                              505-944-9039 / 505-554-1202 fax
                              erika@eandersonlaw.com
                              will@eandersonlaw.com

                              *Attorneys for Plaintiff*

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**7/21/2021 11:45 AM**
**CLERK OF THE COURT**
**Patsy Baca**

STATE OF NEW MEXICO
COUNTY OF NEW MEXICO
SECOND JUDICIAL DISTRICT COURT

DANIEL MICHAELS,

                              Plaintiff,

v.                                                    No. D-202-CV-2021-04256

AAT TRUCKING, LLC, and JUAN DURAN,

                              Defendants.

## PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURY AND DAMAGES

COMES NOW Plaintiff, Daniel Michaels, by and through his counsel of record, the Law

Offices of Erika E. Anderson (Erika E. Anderson and Will Lusk-Claiborne) and for his First

Amended Complaint for Personal Injury and Damages ("Complaint"), states as follows:

### JURISDICTION AND VENUE

1.      This is a civil cause of action regarding a motor vehicle collision that occurred in

Albuquerque, Bernalillo County, State of New Mexico.

2.      This Court is the proper venue for this matter to be heard.

3.      This Court has personal jurisdiction over all parties involved.

4.      This Court has subject matter jurisdiction regarding the motor vehicle collision that

forms the basis of Plaintiff's Complaint.

### PARTIES

5.      Daniel Michaels ("Plaintiff" or "Mr. Michaels") is and was a resident of the State

of New Mexico at all times relevant to this Complaint.

6.      Upon information and belief, Defendant Juan Duran ("Defendant Duran") is and

was a resident of the State of Texas at all times relevant to this Complaint.

7.     Upon information and belief, Defendant AAT Trucking, LLC ("AAT Trucking") is a privately-owned entity based out of El Paso, Texas authorized to conduct business as an interstate motor carrier.

## STATEMENT OF FACTS

8.     On June 27, 2020, at approximately 10:50 a.m., Mr. Michaels was stopped at a stoplight on Central Avenue, at the intersection of 50th St NW.

9.     Mr. Michaels was operating in his official capacity as a UPS Personal Vehicle Delivery Driver.

10.     Mr. Michaels was in the last car stopped in the line of traffic.

11.     Suddenly, Mr. Michaels heard a skidding noise and saw a semi-trailer truck approaching the back of his car at a high speed.

12.     The semi-trailer truck in question was operated by Defendant Duran.

13.     The semi-trailer truck smashed into the rear of Mr. Michaels' vehicle with such intensity that Mr. Michaels' vehicle violently lurched forward.

14.     Defendant Duran audibly admitted total liability of the accident, which Mr. Michaels recorded.

15.     The Incident Report produced by Albuquerque Police Department stipulates that the incident was a direct and proximate result of Defendant Duran's inattentiveness.

16.     As a direct and proximate result of Defendant Duran's negligence, Mr. Michaels suffered a concussion, lower back pain stemming from vertebrae being shifted out of alignment, post concussive symptoms, as well as debilitating pain in his neck and shoulders.

17.     As a direct and proximate result of Defendant Duran's negligence, Mr. Michaels has been compelled to seek ongoing medical treatment for his back, neck, and right shoulder.

18.     Mr. Michaels has since been diagnosed with Adhesive Capsulitis, Rotator Cuff Thickening, mild Spondylosis of the C5-C6 Vertebrae, and mild left Foraminal Stenosis.

## COUNT I: NEGLIGENCE AND NEGLIGENCE PER SE
### (*Defendant Duran*)

19.     Plaintiff incorporates by reference each and every allegation set forth hereinabove and contained in all preceding paragraphs of this Complaint as though they are fully set forth herein and they are, each and every one, adopted by reference as though they were in fact fully set forth herein.

20.     Defendant Duran's acts and omissions were in violation of certain duties required by the common law and the statutes of the State of New Mexico.

21.     Defendant Duran was negligent in the operation of his semi-trailer motor vehicle, which included, but was not limited to, driver inattention, excessive speed, following too closely and inadequate braking.

22.     As a direct and proximate result of the negligence of Defendant Duran, Plaintiff suffered damages, including, but not limited to, personal injuries, incurred medical expenses and loss of earnings, future earning capacity, property damage, loss of past and future household services, loss of enjoyment of life, including social and recreational activities, pain and suffering, and damages for the nature, extent and duration of his injuries.

## COUNT II: LIABILITY BASED UPON RESPONDEAT SUPERIOR
### (*AAT Trucking*)

23.     Plaintiff incorporates by reference each and every allegation set forth hereinabove and contained in all preceding paragraphs of this Complaint as though they are fully set forth herein and they are, each and every one, adopted by reference as though they were in fact fully set forth herein.

24.     At all times material hereto, Defendant Duran was acting within the course and scope of his employment or was acting as an apparent agent of AAT Trucking.

25.     AAT Trucking is and was responsible for the hiring, training, and entrustment of semi-trailer vehicles to Defendant Duran.

26.     AAT Trucking is and was responsible for any harm caused by its employees or agents arising within the course and scope of their employment or agency including, but not limited to, the acts, omissions, and negligence of Juan Duran.

27.     At all times material hereto, the aforementioned acts, omissions, and negligence were committed by Defendant Duran in the course and scope of his employment with AAT Trucking, thereby making AAT Trucking vicariously liable pursuant to *respondeat superior*.

### COUNT III: PUNITIVE DAMAGES
### <u>*(Defendant Duran)*</u>

28.     Plaintiff incorporates by reference each and every allegation set forth hereinabove and contained in all preceding paragraphs of this Complaint as though fully set forth herein.

29.     The acts and omissions of Defendant Juan Duran complained of in this Complaint are believed to be of such an egregious nature, in reckless, wanton and total disregard to the rights and safety of Plaintiff, that in addition to actual damages ascertained and demonstrated by a preponderance of evidence, punitive damages are warranted to punish and deter these types of acts and omissions from occurring in the future.

### <u>RELIEF REQUESTED</u>

Wherefore, Plaintiff respectfully requests judgment in favor of the Plaintiff and against Defendant and for such other and further relief as requested below:

A.     Actual and compensatory damages in an amount to be proven at trial, including

damages for physical and personal injuries, pain and suffering, property damage,

secured and future medical expenses, loss of earnings, loss of future earning

capacity, loss of past and future household services, and loss of enjoyment of life;

B. Pre- and post-judgment interest at the lawful rate against Defendant;

C. Attorney fees and costs; and

D. Any further relief as the Court may find just and proper and such other relief as

allowed by law.

Respectfully submitted,

LAW OFFICES OF ERIKA E. ANDERSON

By: */s/Erika E. Anderson*
     Erika E. Anderson
     Will Lusk-Claiborne
     105 Bryn Mawr, Dr., SE
     Albuquerque, NM 87106
     505-944-9039 / 505-554-1202 fax
     erika@eandersonlaw.com
     will@eandersonlaw.com

     *Attorneys for Plaintiff*

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
7/23/2021 8:12 AM
CLERK OF THE COURT
Patsy Baca

## SUMMONS ON AMENDED COMPLAINT

| | |
|---|---|
| District Court: Second Judicial District Court Bernalillo County, New Mexico<br>Court Address: 400 Lomas Blvd., NW<br>Albuquerque, NM 87102<br><br>Court Telephone Number.: 505-841-7451 | Case Number: D-202-CV-2021-04256<br><br>Judge: Denise Barela-Shepherd |
| DANIEL MICHAELS,<br>Plaintiffs,<br>v.<br>AAT TRUCKING, LLC and JUAN DURAN,<br>Defendants. | Defendant Name: Juan Duran<br><br>Address:    721 Desert Silver Dr<br>Horizon City, TX 79928 |

**TO THE ABOVE-NAMED DEFENDANT(S):** Take notice that

     1.     A lawsuit has been filed against you. A copy of the lawsuit along with Plaintiff's First Set of Interrogatories and First Request for Production are attached. The Court issued this Summons.

     2.     You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons and Amended Complaint. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

     3.     You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

     4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

     5.     You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

     6.     If you need an interpreter, you must ask for one in writing.

     7.     You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at_____, New Mexico, this_____day of 7/22/2021 , 20____.

Katina Watson
SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By: _Patricia Senna_
Deputy Clerk

Erika E. Anderson
Will Lusk-Claiborne
LAW OFFICES OF ERIKA E. ANDERSON
105 Bryn Mawr Dr., SE
Albuquerque, NM 87106
505-944-9039 / 505-554-1202 fax
erika@eandersonlaw.com
will@eandersonlaw.com
*Attorneys for Plaintiff*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF ___Texas___ )
                      )ss
COUNTY OF___El Paso___ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in __El Paso__ county on the __22nd__ day of
___July___ , 2021 , by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

*(check one box and fill in appropriate blanks)*

[ ]     to the defendant_____*(used when defendant accepts a copy of*
*summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used*
*when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[✓]     to __Yadira Duran__ , a person over fifteen (15) years of age and residing at
the usual place of abode of defendant__Juan Duran__ , (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
121 Desert Silver Dr. Horizon City, TX 79928 (*insert defendant's last known mailing address*) a copy of the summons
and complaint.

[ ]     to_____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____(*insert defendant's business address*) and by mailing the summons
and complaint by first class mail to the defendant at_____(*insert defendant's
last known mailing address*).

[ ]     to_____, an agent authorized to receive service of process for
defendant_____.

[ ]     to_____, [parent] [guardian] [custodian] [conservator] [guardian ad
litem] of defendant_____(*used when defendant is a minor or an
incompetent person*).

[ ]    to_____(name of person),_____,
(title of person authorized to receive service. Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision).

Fees:    _____

_____
Signature of person making service

PSC 10608
Process Server    EXP 10-31-21
Title (if any)

Subscribed and sworn to before me this 22nd day of July, 2021.[2]

_____
Judge, notary or other officer
authorized to administer oaths

Notary
_____
Official title

FREDERICK VECK
My Notary ID # 5552591
Expires November 5, 2021

CV:2021:4256

July 28, 2021

FILED IN MY OFFICE THIS

AUG 0 2 2021  11:18

CLERK DISTRICT COURT

CATHY CHAVEZ

To whom it may concern:

On June 27, 2020 I was driving on Central Avenue when I reached a stoplight, when plaintiff Daniel Michaels got out of his car to tell me I had hit him from behind. When I looked at his car there was no damage. He wanted me to give him my information, but I called my employer and explained to them what had happened. He did not want me to call the cops, I was the one to do so. I have pictures that attest to the fact that there was no damage, how is it possible he is now injured if he did not ask for an ambulance in the scene. I do not know if he got injured after the fact, and he claims to have happened in the scene. The pictures say otherwise.

Sincerely,

Juan Duran

(915) 920-4353

721 Desert Silver,

El Paso Tx 79928

STATE OF TEXAS          (
                        )
COUNTY OF EL PASO       (
SWORN TO AND SUBSCRIBED BEFORE ME ON THIS 28TH DAY OF JULY 2021.

LORENA SUJEY SOSA NAJERA
Notary ID #131011689
My Commission Expires
February 20, 2025

LORENA SUJEY SOSA NAJERA
NOTARY PUBLIC





1:51

## Andres Dispatch
+19159967653

8:48 p. m. **vunos**

A **Déjeme ver**  8:53 p. m.

8:54 p. m.  **Ok**

sábado, 27 de junio de 2020



MMS 10:01 a. m.

A **Ya llego la policía?**  10:04 a. m.

10:04 a. m.  **Si ya**



No mas eso me





**Medical Examiner's Certificate**
(to Commercial Driver Medical Certificate)

I certify that I have examined  Last Name: Duran   First Name: Juan   in accordance with *please check only one*:

[X] the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when (*check all that apply*):
[ ] the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) with any applicable State variances (which will only be valid for intrastate operations) and, with knowledge of the driving duties,
[ ] I find this person is qualified, and, if applicable, only when (*check if that apply*):

[ ] Wearing corrective lenses
[ ] Wearing hearing aid
[ ] Accompanied by a _____ waiver/exemption
[ ] Accompanied by a Skill Performance Evaluation (SPE) Certificate

[ ] Driving within an exempt intracity zone (49 CFR 391.62) (Federal)
[ ] Qualified by operation of 49 CFR 391.64 (Federal)
[ ] Grandfathered from State requirements (State)

The information I have provided regarding this physical examination is true and complete. A complete Medical Examination Report Form, MCSA-1875, with any attachments embodies my findings completely and correctly, and is on file in my office.

Medical Examiner's Certificate Expiration Date: 4/22/2022

Medical Examiner's Signature: Adeda

Medical Examiner's Name (please print or type): Adekunle A Adedeji
Medical Examiner's State License, Certificate, or Registration Number: N3416

Medical Examiner's Telephone Number: (915) 881-4155
Date Certificate Issued: 4/22/2020
[X] MD   [ ] DO   [ ] Physician Assistant   [ ] Chiropractor   [ ] Advanced Practice Nurse   [ ] Other Practitioner (specify)
Issuing State: TX
National Registry Number: 4100323180

Driver's Signature:
Driver's Address: 721 Desert Silver Dr   City: El Paso   State/Province: TX   Zip Code: 79928
Driver's License Number: 33371557   Issuing State/Province: TX
CLP/CDL Applicant/Holder: [X] Yes [ ] No



