| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 803064636 07/11/2018<br>Document #: 824327850002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

**Exhibit B**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**AAT TRUCKING LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**LETICIA   AVILA**

C. The business address of the registered agent and the registered office address is:

Street Address:
**11516 MEADOWBROOKE DRIVE   EL PASO  TX  79936**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: **LETICIA   AVILA**    Title: **Managing Member**
Address: **11516 MEADOWBROOKE DRIVE   EL PASO  TX, USA  79936**

Managing Member 2: **ANDRES   AVILA**    Title: **Managing Member**
Address: **11516 MEADOWBROOKE DRIVE   EL PASO  TX, USA  79936**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**MARSHA SIHA**     **17350 STATE HWY 249 #220 HOUSTON TX 77064**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**MARSHA SIHA**

Signature of Organizer

FILING OFFICE COPY

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803064636 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18311920583 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | AAT TRUCKING LLC | | |
| **Address:** | 11516 MEADOWBROOK DR | | |
| | EL PASO, TX 79936-5612 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | | **Inactive Date** |
| LETICIA AVILA | 11516 MEADOWBROOKE DRIVE EL PASO, TX 79936 USA | | | | |

[Order]   [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 803064636  
**Original Date of Filing:** July 11, 2018  
**Formation Date:** N/A  
**Tax ID:** 18311920583  
**Duration:** Perpetual  

**Entity Type:** Domestic Limited Liability Company (LLC)  
**Entity Status:** In existence  
**FEIN:**

**Name:** AAT TRUCKING LLC  
**Address:** 11516 MEADOWBROOK DR  
EL PASO, TX 79936-5612 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 🗎 | 824327850002 | Certificate of Formation | July 11, 2018 | July 11, 2018 | No | 2 |
| 🗎 | 958934240001 | Public Information Report (PIR) | December 31, 2019 | March 26, 2020 | No | 1 |
| 🗎 | 1027037820001 | Public Information Report (PIR) | December 31, 2020 | February 9, 2021 | No | 1 |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803064636 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18311920583 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | AAT TRUCKING LLC | | |
| **Address:** | 11516 MEADOWBROOK DR<br>EL PASO, TX 79936-5612 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Name Status** | **Name Type** | **Name Inactive Date** | **Consent Filing #** |
| AAT TRUCKING LLC | | In use | Legal | | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803064636 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18311920583 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** AAT TRUCKING LLC
**Address:** 11516 MEADOWBROOK DR
EL PASO, TX 79936-5612 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | **MANAGEMENT** | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| February 9, 2021 | ANDRES AVILA | PRESIDENT | 11516 MEADOWBROOK<br>EL PASO, TX 79936 USA |

[ Order ]   [ Return to Search ]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803064636 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18311920583 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | AAT TRUCKING LLC | | |
| **Address:** | 11516 MEADOWBROOK DR | | |
| | EL PASO, TX 79936-5612 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Assumed Name** | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| No names exist for this filing. | | | | | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803064636 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18311920583 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | AAT TRUCKING LLC | | |
| **Address:** | 11516 MEADOWBROOK DR<br>EL PASO, TX 79936-5612 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[ Order ]  [ Return to Search ]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.